245 U.S. 673, 38 S.Ct. 222

**Edward STROECKER, as Trustee, etc., Petitioner, v. Mariam A. PATTERSON et al.**

No. 812.

Supreme Court of the United States.

Feb. 4, 1918.

For opinion below, see 245 F. 732.

Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied.